No. 16,685.

Cote v. Cote.
(251 P. [2d] 320)

Decided November 17, 1952.

Per Curiam.

Judgment affirmed en banc without written opinion.

Mr. Norman E. Cobb, for plaintiff in error.

Mr. Theo. J. Adams, for defendant in error.